UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-20758-CIV-WILLIAMS

DOUG LONGHINI,

    Plaintiff,

vs.

CORAL REEF MEDICAL PARK II
CONDO. ASS'N., INC., *et al.*,

    Defendants.

_____/

### ORDER REQUIRING JOINT STIPULATION OF DISMISSAL AND CLOSING CASE

**THIS MATTER** is before the Court on the Mediator's Report (DE 43), which indicates that the Parties have resolved this matter. Accordingly, it is **ORDERED AND ADJUDGED** that on or before **November 14, 2017**, the Parties shall file a joint stipulation to dismiss. If the Parties wish for the Court to retain jurisdiction, they are advised that they must submit the settlement agreement for review and any stipulation must comply with the Eleventh Circuit's holding in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of October, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE