UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-20758-CIV-WILLIAMS

DOUG LONGHINI,

    Plaintiff,

vs.

CORAL REEF MEDICAL PARK II
CONDO. ASS'N., INC., *et al.*,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On November 21, 2017, the Court entered an Order to Show Cause (DE 45) based on the Parties' failure to file a joint stipulation of dismissal as required by the Court's October 24, 2017 order (DE 44). The Order to Show Cause required the Parties to respond by November 27, 2017, and unambiguously stated that "[f]ailure to file a joint stipulation and respond to this Order by November 27, 2017 will result in immediate dismissal of this case without further notice."

On November 27, 2017, the Defendants jointly filed a response to the Court's order (DE 46), indicating that Plaintiff had not responded to their written proposed settlement agreement but otherwise provided no explanation for their failure to seek an extension of time or otherwise comply with the Court's October 24, 2017 order. The Defendants' filing stated that "Defendants do not have any objection to this Honorable Court dismissing this matter with prejudice." To date, Plaintiff still has not responded to the Court's Order to Show Cause.

As such, in accordance with the Court's November 21, 2017 order, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 5th day of December, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE